**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| SECURITAS SECURITY SERVICES USA, INC., plaintiff<br>v.<br>ROSELAND COMMUNITY HOSPITAL ASSOCIATION, defendant | FILED: APRIL 15, 2008<br>08CV2125                TG<br>JUDGE KOCORAS<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Securitas Security Services USA, Inc.

| NAME (Type or print) |
|---|
| Barry F. Mac Entee |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Barry F. Mac Entee |

| FIRM |
|---|
| Hinshaw & Culbertson LLP |

| STREET ADDRESS |
|---|
| 222 North LaSalle Street, Suite 300 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275410 | 704-3000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |