## *United States District Court for the Northern District of Illinois*

Case Number: 08CV2125    Assigned/Issued By: TG

Judge Name: KOCORAS    Designated Magistrate Judge:

---

**FEE INFORMATION**

Amount Due:  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

_____
(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

_____Original and _____ copies on _____ as to _____
(Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05