UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
CASE NO. 08CV2125
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Justin Turner**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **Roseland Community Hospital Association c/o Melinda Malecki, R.A.** by leaving a copy with **Joan Lebow, Partner and Authorized Person**, on **April 16, 2008**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**          RACE: **Caucasian**          APPROXIMATE AGE: **45**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **230 W. Superior Ste. 500, Chicago, IL 60610**
TIME OF DAY: **2:42 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **17th** day of **April 2008**.

Justin Turner
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

SECURITAS SECURITY SERVICES USA, INC., a Delaware corporation registered as a foreign corporation in Illinois

V.

ROSELAND COMMUNITY HOSPITAL ASSOCIATION, an Illinois corporation

CASE NUMBER: 08CV2125

ASSIGNED JUDGE: JUDGE KOCORAS

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

ROSELAND COMMUNITY HOSPITAL ASSOCIATION
c/o Melinda Malecki, registered agent
230 W SUPERIOR STE 500
Chicago, IL 60610

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry F. Mac Entee
Hinshaw & Culbertson, LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
312/704-3000

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK



April 15, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
  Date   *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.