UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITAS SECURITY SERVICES USA, INC., a Delaware corporation registered as a foreign corporation in Illinois<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROSELAND COMMUNITY HOSPITAL ASSOCIATION, an Illinois corporation<br><br>　　　　　Defendant. | Case No. 08-cv-02125<br><br>Hon. Charles P. Kocoras<br><br>Hon. Arlander Keys (Mag. Judge) |

## NOTICE OF FILING

　　PLEASE TAKE NOTICE THAT, on April 22, 2008, the undersigned counsel for plaintiff Securitas Security Services USA, Inc.'s caused to be filed with the Clerk of the U.S. District Court for the Northern District of Illinois the **PROCESS SERVER'S AFFIDAVIT OF SERVICE ON DEFENDANT ROSELAND COMMUNITY HOSPITAL ASSOCIATION** true and correct copies of which is attached hereto and which is served upon you via ECF.

　　　　　　　　　　　　　　　　　　**PLAINTIFF SECURITAS SECURITY**
　　　　　　　　　　　　　　　　　　**SERVICES USA, INC.**


　　　　　　　　　　　　　　　　　　By: /s/ Barry F. Mac Entee　　　　.
　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Barry F. Mac Entee, #6275410
HINSHAW & CULBERTSON, LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
(T) 312/704-3000
(F) 312/704-3001