# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 08 CV 2125

SECURITAS SECURITY SERVICES USA, INC.
v.
ROSELAND COMMUNITY HOSPITAL ASSOCIATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ROSELAND COMMUNITY HOSPITAL ASSOCIATION

| | |
|---|---|
| NAME (Type or print) <br> Martin D. Tasch | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Martin D. Tasch | |
| FIRM <br> Lebow, Malecki & Tasch, LLC | |
| STREET ADDRESS <br> 1200 Jorie Boulevard, Suite 329 | |
| CITY/STATE/ZIP <br> Oak Brook, IL  60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6191680 | TELEPHONE NUMBER <br> 630-571-9000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ✓     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐     NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ✓     NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ✓     NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |