UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITAS SECURITY SERVICES USA, INC., a Delaware corporation registered as a foreign corporation in Illinois )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROSELAND COMMUNITY HOSPITAL ASSOCIATION, an Illinois corporation )<br>)<br>)<br>Defendant. ) | Case No. 08-02125<br><br>Hon. Chalres Kocoras<br>Hon. Arlander Keys (Magistrate) |

## AMENDED COMPLAINT

Plaintiff Securitas Security Services USA, Inc., by its attorney Barry F. Mac Entee, submits its Amended Complaint against defendant Roseland Community Hospital Association.

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff Securitas Security Services USA, Inc. ("Securitas") is a Delaware corporation that during all relevant times was registered as a foreign corporation in the State of Illinois and conducted business within this judicial district.

2. Defendant Roseland Community Hospital Association ("Roseland") is an Illinois corporation that during all relevant times conducted business within this judicial district. Roseland's principal place of business is 45 W. 111th St., Chicago, IL 60628.

3. This Court has jurisdiction pursuant to 28 U.S.C. 1332. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and is between citizens of different States.

4. Venue is proper in the Northern District of Illinois, Eastern Division pursuant to 28 U.S.C. 1391.

## BREACH OF CONTRACT

5. In 2006 Roseland executed a Security Services Agreement ("Agreement") with Securitas. A true and correct copy of the Agreement is attached as Exhibit B.

6. Pursuant to the Agreement, Securitas agreed to perform certain services for Roseland and Roseland agreed to pay for these services. Roseland agreed to pay Securitas' invoices on receipt and to pay a late charge of 1.5% per month on any amount not paid within 30 days.

7. Between June 15, 2007 and February 15, 2008, Securitas invoiced Roseland on twenty-six (26) instances for services Securitas performed for Roseland pursuant to the Agreement. True and correct copies of the 26 invoices Securitas issued to Roseland between June 15, 2007 and February 15, 2008 are attached as Exhibit A. In each instance, Roseland failed to pay the invoice when due or thereafter.

8. Roseland has materially breached the Agreement by failing to pay Securitas for the services Securitas performed for Roseland pursuant to the

838180v1#6305802

Agreement. Roseland has ignored repeated demands made by Securitas to pay the amounts due and owing.

9. Pursuant to the Agreement, Roseland agreed to pay all costs, including reasonable attorneys' fees, incurred by Securitas in collecting the amounts due under the Agreement.

10. Securitas has performed all of the obligations and conditions imposed upon it by the Agreement.

11. As of March 28, 2008, the balance due and owing by Roseland to Securitas is not less than $240,964.88 plus: (a) attorneys' fees and costs incurred and to be incurred going forward in connection with Securitas' enforcement of its remedies under the Agreement; and (b) additional interest from and after March 28, 2008 due under the Agreement.

12. As a proximate cause of Roseland's material breach of the Agreement, as of March 28, 2008, Securitas has been damaged in an amount not less than $240,964.88 plus: (a) attorneys' fees and costs incurred and to be incurred going forward in connection with Securitas' enforcement of its remedies under the Agreement; and (b) additional interest from and after March 28, 2008 due under the Agreement.

WHEREFORE, Plaintiff Securitas Security Services USA, Inc. respectfully requests that the Court enter a judgment in its favor and against Roseland Community Hospital Association for:

(a) $240,964.88;

(b) attorneys' fees and costs incurred and to be incurred in connection with Securitas Security Services USA, Inc.'s enforcement of its remedies under the Agreement;

(c) additional interest from and after March 28, 2008 due under the Agreement;

(d) prejudgment interest; and

(e) any additional relief the Court deems warranted.

Respectfully submitted,

**PLAINTIFF SECURITAS SECURITY SERVICES USA, INC.**

By: /s/ Barry F. Mac Entee         .
    One of their attorneys

Barry F. Mac Entee (6275410)
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
312-704-3000
312-704-3001 (fax)

*Attorney for Plaintiff Securitas*
*Security Services USA, Inc.*

## INDEX OF EXHIBITS

**Exhibit A**  Invoices

**Exhibit B**  Security Services Agreement

838180v1#6305802

838180v1#6305802

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITAS SECURITY SERVICES USA, INC., a Delaware corporation registered as a foreign corporation in Illinois <br><br> Plaintiff, <br><br> v. <br><br> ROSELAND COMMUNITY HOSPITAL ASSOCIATION, an Illinois corporation <br><br> Defendant. | ) ) ) ) ) Case No. 08-02125 ) ) Hon. Charles Kocoras ) Hon. Arlander Keys (Magistrate) ) ) ) ) ) ) |

NOTICE OF FILING

PLEASE TAKE NOTICE THAT, on May 1, 2008, the undersigned counsel for plaintiff Securitas Security Services USA, Inc.'s  caused to be filed  with the Clerk of the U.S. District Court for the Northern District of Illinois the **AMENDED COMPLAINT,** a true and correct copies of which is attached hereto and which is served upon you via ECF.

**PLAINTIFF SECURITAS SECURITY SERVICES USA, INC.**

By: /s/ Barry F. Mac Entee        .
One of Its Attorneys

Barry F. Mac Entee, #6275410
HINSHAW & CULBERTSON, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601-1081
(T) 312/704-3000
(F) 312/704-3001