# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 08 CV 2125

SECURITAS SECURITY SERVICES USA, INC., Plaintiff
v.
ROSELAND COMMUNITY HOSPITAL ASSOCIATION,
Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Securitas Security Services USA, Inc.

| |
|---|
| NAME (Type or print) <br> Renee O'Neill Kelly |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Renee O'Neill Kelly |
| FIRM <br> Hinshaw & Culbertson LLP |
| STREET ADDRESS <br> 222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP <br> Chicago, IL 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6229976 | TELEPHONE NUMBER <br> 312/704-3816 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |