UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SECURITAS SECURITY SERVICES USA, INC., )
a Delaware corporation registered as a foreign )
corporation in Illinois, )
          ) Case No. 08-02125
    Plaintiff, )
          ) Judge Charles Kocoras
    v. ) Magistrate Arlander Keys
          )
ROSELAND COMMUNITY HOSPITAL )
ASSOCIATION, an Illinois corporation, )
          )
    Defendant. )

## ANSWER TO AMENDED COMPLAINT

Defendant, ROSELAND COMMUNITY HOSPITAL ASSOCIATION ("Roseland"), by its attorney, Martin D. Tasch, for its Answer to Plaintiff's Amended Complaint, states as follows:

### PARTIES, JURISDICTION AND VENUE

**ALLEGATION NO. 1**

Plaintiff Securitas Security Services USA, Inc. ("Securitas") is a Delaware corporation that during all relevant times was registered as a foreign corporation in the State of Illinois and conducted business within this judicial district.

**ANSWER:**

Roseland is without sufficient knowledge or information to form a belief as to the allegations contained in paragraph 1.

**ALLEGATION NO. 2**

Defendant Roseland Community Hospital Association ("Roseland") is an Illinois corporation that during all relevant times conducted business within this judicial district. Roseland's principal place of business is 45 W. 111th St., Chicago, IL 60628.

**ANSWER:**

Roseland admits the allegations contained in paragraph 2.

**ALLEGATION NO. 3**

This Court has jurisdiction pursuant to 28 U.S.C. 1332. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and is between citizens of different States.

**ANSWER:**

Roseland admits that this Court has jurisdiction pursuant to 28 U.S.C. 1332, that the matter in controversy exceeds $75,000 exclusive of interest and costs and is between citizens of different states.

**ALLEGATION NO. 4**

Venue is proper in the Northern District of Illinois, Eastern Division pursuant to 28 U.S.C. 1391.

**ANSWER:**

Roseland admits that venue is proper in the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. 1391.

## BREACH OF CONTRACT

**ALLEGATION NO. 5**

In 2006 Roseland executed a Security Services Agreement ("Agreement") with Securitas. A true and correct copy of the Agreement is attached as Exhibit B.

**ANSWER:**

Roseland admits that a true and correct copy of the Agreement is attached as Exhibit B.

**ALLEGATION NO. 6**

Pursuant to the Agreement, Securitas agreed to perform certain services for Roseland and Roseland agreed to pay for these services. Roseland agreed to pay Securitas' invoices on receipt and to pay a late charge of 1.5% per month on any amount not paid within 30 days.

**ANSWER:**

Roseland admits the allegations contained in paragraph 6.

## ALLEGATION NO. 7

Between June 15, 2007 and February 15, 2008, Securitas invoiced Roseland on twenty-six (26) instances for services Securitas performed for Roseland pursuant to the Agreement. True and correct copies of the 26 invoices Securitas issued to Roseland between June 15, 2007 and February 15, 2008 are attached as Exhibit A. In each instance, Roseland failed to pay the invoice when due or thereafter.

## ANSWER:

Roseland admits the first two sentences of paragraph 7. Roseland admits that it failed to pay the attached invoices. Roseland denies the allegations contained in paragraph 7.

## ALLEGATION NO. 8

Roseland has materially breached the Agreement by failing to pay Securitas for the services Securitas performed for Roseland pursuant to the Agreement. Roseland has ignored repeated demands made by Securitas to pay the amounts due and owing.

## ANSWER:

Roseland admits that Securitas has made demands for payment. Roseland denies the remaining allegations contained in paragraph 8.

## ALLEGATION NO. 9

Pursuant to the Agreement, Roseland agreed to pay all costs, including reasonable attorneys' fees, incurred by Securitas in collecting the amounts due under the Agreement.

## ANSWER:

Roseland admits the Agreement calls for the payment of all costs including reasonable attorneys' fees in the event money due is not paid. Roseland denies the remaining allegations contained in paragraph 9.

## ALLEGATION NO. 10

Securitas has performed all of the obligations and conditions imposed upon it by the Agreement.

## ANSWER:

Roseland denies the allegations contained in paragraph 10.

**ALLEGATION NO. 11**

As of March 28, 2008, the balance due and owing by Roseland to Securitas is not less than $240,964.88 plus: (a) attorneys' fees and costs incurred and to be incurred going forward in connection with Securitas' enforcement of its remedies under the Agreement; and (b) additional interest from and after March 28, 2008 due under the Agreement.

**ANSWER:**

Roseland denies the allegations contained in paragraph 11.

**ALLEGATION NO. 12**

As a proximate cause of Roseland's material breach of the Agreement, as of March 28, 2008, Securitas has been damaged in an amount not less than $240,964.88 plus: (a) attorneys' fees and costs incurred and to be incurred going forward in connection with Securitas' enforcement of its remedies under the Agreement; and (b) additional interest from and after March 28, 2008 due under the Agreement.

**ANSWER:**

Roseland denies the allegations contained in paragraph 12.

    Respectfully submitted,
    Roseland Community Hospital Association

    By: /s/ Martin D. Tasch

**Of Counsel:**
Lebow, Malecki & Tasch, LLC
1200 Jorie Boulevard
Suite 329
Oak Brook, Illinois 60523
(630) 571-9000

Dated: June 6, 2008

4

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITAS SECURITY SERVICES, USA, INC., a Delaware corporation registered as a foreign corporation in Illinois,<br><br>     Plaintiff,<br><br>v.<br><br>ROSELAND COMMUNITY HOSPITAL ASSOCIATION, an Illinois corporation,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 08 C-02125<br>)<br>) Judge Charles Kocoras<br>)<br>) Magistrate Arlander Keys<br>) |

### NOTICE OF FILING

TO: Barry Francis MacEntee
   Hinshaw & Culbertson
   222 North LaSalle Street - Suite 300
   Chicago, IL 60601

  PLEASE TAKE NOTICE that on June 10th, 2008, we filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Defendant, Roseland Community Hospital Association's Answer to Amended Complaint, a copy of which is attached hereto and herewith served on you.

                Roseland Community Hospital Association
                by_____
                  One of the Attorneys for Defendant

Martin D. Tasch
Lebow, Malecki & Tasch, LLC
1200 Jorie Blvd., Suite 329
Oak Brook, IL 60523
(630) 571-9000

### CERTIFICATE OF SERVICE

  Under penalties of perjury pursuant to 28 U.S.C. Section 1746, the undersigned states that true and correct copies of the above and foregoing Notice and Answer to Amended Complaint were served on the party named herein, via electronic transmission on June 10, 2008.

  Signed and Certified By_____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITAS SECURITY SERVICES, USA, INC., a Delaware corporation registered as a foreign corporation in Illinois,<br><br>     Plaintiff,<br><br>v.<br><br>ROSELAND COMMUNITY HOSPITAL ASSOCIATION, an Illinois corporation,<br><br>     Defendant. | No. 08 C-02125<br><br>Judge Charles Kocoras<br><br>Magistrate Arlander Keys |

### NOTICE OF FILING

TO: Barry Francis MacEntee
   Hinshaw & Culbertson
   222 North LaSalle Street - Suite 300
   Chicago, IL 60601

  PLEASE TAKE NOTICE that on June 10th, 2008, we filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Defendant, Roseland Community Hospital Association's Answer to Amended Complaint, a copy of which is attached hereto and herewith served on you.

                Roseland Community Hospital Association

                by_____
                    One of the Attorneys for Defendant

Martin D. Tasch
Lebow, Malecki & Tasch, LLC
1200 Jorie Blvd., Suite 329
Oak Brook, IL 60523
(630) 571-9000

### CERTIFICATE OF SERVICE

  Under penalties of perjury pursuant to 28 U.S.C. Section 1746, the undersigned states that true and correct copies of the above and foregoing Notice and Answer to Amended Complaint were served on the party named herein, via electronic transmission on June 10, 2008.

  Signed and Certified By_____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITAS SECURITY SERVICES, USA, INC., a Delaware corporation registered as a foreign corporation in Illinois,<br><br>                   Plaintiff,<br><br>v.<br><br>ROSELAND COMMUNITY HOSPITAL ASSOCIATION, an Illinois corporation,<br><br>                   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 08 C-02125<br>)<br>) Judge Charles Kocoras<br>)<br>) Magistrate Arlander Keys<br>) |

## NOTICE OF FILING

TO:   Barry Francis MacEntee
      Hinshaw & Culbertson
      222 North LaSalle Street - Suite 300
      Chicago, IL 60601

     PLEASE TAKE NOTICE that on June 10th, 2008, we filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Defendant, Roseland Community Hospital Association's Answer to Amended Complaint, a copy of which is attached hereto and herewith served on you.

                                              Roseland Community Hospital Association
                                              by _____
                                                   One of the Attorneys for Defendant

Martin D. Tasch
Lebow, Malecki & Tasch, LLC
1200 Jorie Blvd., Suite 329
Oak Brook, IL 60523
(630) 571-9000

## CERTIFICATE OF SERVICE

     Under penalties of perjury pursuant to 28 U.S.C. Section 1746, the undersigned states that true and correct copies of the above and foregoing Notice and Answer to Amended Complaint were served on the party named herein, via electronic transmission on June 10, 2008.

     Signed and Certified By _____