UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Securitas Security Services USA, Inc.
                                  Plaintiff,

v.                                                Case No.: 1:08–cv–02125
                                                      Honorable Charles P. Kocoras

Roseland Community Hospital Association
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

       MINUTE entry before the Honorable Charles P. Kocoras:Status hearing held on 6/12/2008. Status hearing set for 8/14/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.