## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Securitas Security Services USA, Inc.

                                         Plaintiff,

v.                                                   Case No.: 1:08–cv–02125

                                                   Honorable Charles P. Kocoras

Roseland Community Hospital Association

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2008:

       MINUTE entry before the Honorable Charles P. Kocoras:Status hearing held on 8/14/2008. All discovery to be completed by 10/8/2008. Status hearing set for 10/8/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.